**Sharon FERRIS, Plaintiff and Appellant,**

v.

**NORTH DAKOTA CENTENNIAL COM-
MISSION; State of North Dakota; Cap-
itol Grounds Planning Commission; and
Donald Mund as manager of the Capitol
Grounds Facility for the Capitol
Grounds Planning Commission, Defen-
dants and Appellees.**

Civ. No. 940022.

Supreme Court of North Dakota.

Sept. 13, 1994.

Myer Shark (argued), of Myer Shark Law
Office, Fargo, for plaintiff and appellant.

Randall J. Bakke (argued), Sp. Asst. Atty.
Gen., Bismarck, for defendant and appellee
North Dakota Centennial Commission.

Laurie J. Loveland (argued), Sol. Gen.,
Atty. General's Office, Bismarck, for defen-
dants and appellees State of North Dakota,
Capitol Grounds Planning Commission and
Donald Mund.

Jeffrey White, Associate Gen. Counsel,
Ass'n of Trial Lawyers of America, Washing-
ton, DC and David R. Bossart, of Conmy,
Feste, Bossart, Hubbard & Corwin, Ltd.,
Fargo, for amicus curiae Association of Trial
Lawyers of America. Brief filed.

LEVINE, Justice.

Sharon Ferris appeals from a summary
judgment dismissing her tort action against
the State of North Dakota, the North Dakota
Centennial Commission, the Capitol Grounds
Planning Commission, and Donald Mund, as
manager of the Capitol Grounds Facility for
the Capitol Grounds Planning Commission.
We reverse and remand for further proceed-
ings.

In *Bulman v. Hulstrand Construction Co.*,
521 N.W.2d 632 (N.D.1994), we abolished the
doctrine of sovereign immunity of the State

from tort liability, and we applied our deci-
sion to the parties to that proceeding. We
also apply *Bulman* to this contemporaneous
case.

Accordingly, we reverse the summary
judgment, and we remand for proceedings
consistent with our decision in *Bulman.*

NEUMANN, SANDSTROM and
MESCHKE, JJ., concur.

VANDE WALLE, Chief Justice, dissent-
ing.

I adhere to my dissent in *Bulman v.
Hulstrand Construction Co.*, 521 N.W.2d 632
(N.D.1994). I would affirm the judgment of
the district court.